UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER BRIGGS,<br><br>                    Plaintiff,<br>     v.<br><br>PAIN CARE SPECIALISTS OF OREGON et al.,<br><br>                    Defendant. | CASE NO. 3:25-cv-05095-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Magistrate Judge David W. Christel. (Dkt. No. 3.) The R&R recommended that the application to proceed in forma pauperis be denied and this case be dismissed without prejudice for failure to state a claim, and found that leave to amend would be futile. (*See id.* at 4–5.) No objections were timely filed, and the Court reviewed the R&R *de novo*. On March 6, 2025, Plaintiff filed a proposed amended complaint. (Dkt. No. 4.) On the Court's own review, the Court finds that the proposed amended complaint suffers from the same deficiencies identified in the R&R. Therefore, the Court orders as follows:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Application to Proceed IFP (Dkt. 1) is DENIED and this case is DISMISSED without prejudice.

(3) The Clerk shall enter JUDGMENT and close this case. The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 17th day of March, 2025.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2